# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*

**SUBJECT PARCEL**: One USPS Priority Mail Express box bearing USPS tracking number EJ 845 678 108 US, addressed to "Mario Moreno, 3606 east baseline Rd apt 116, Phoenix az, 85042" with a return address of "Sam Williams, 2895 Stroupe rd clover, SC 29710." It is a white USPS Priority Mail mailing box with a Priority Mail Express label measuring approximately 12 1/4" x 2 7/8" x 13 11/16"; weighing approximately 1 pound and 12 ounces; postmarked July 22, 2021; and bearing $50.85 in postage.

**SEARCH WARRANT**

Case Number:   21-9167 MB

TO:  ANTOINE MARTEL and any Authorized Officer of the United States
Affidavit having been made before me by Affiant, Antoine Martel, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL**: One USPS Priority Mail Express box bearing USPS tracking number EJ 845 678 108 US, addressed to "Mario Moreno, 3606 east baseline Rd apt 116, Phoenix az, 85042" with a return address of "Sam Williams, 2895 Stroupe rd clover, SC 29710." It is a white USPS Priority Mail mailing box with a Priority Mail Express label measuring approximately 12 1/4" x 2 7/8" x 13 11/16"; weighing approximately 1 pound and 12 ounces; postmarked July 22, 2021; and bearing $50.85 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __8/9/2021_____(Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

__7/26/2021@4:00pm_____   at   Phoenix, Arizona
Date and Time Issued                        City and State

HONORABLE EILEEN S. WILLETT
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_ESWillett_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*

**SUBJECT PARCEL:** One USPS Priority Mail Express box bearing USPS tracking number EJ 845 678 108 US, addressed to "Mario Moreno, 3606 east baseline Rd apt 116, Phoenix az, 85042" with a return address of "Sam Williams, 2895 Stroupe rd clover, SC 29710." It is a white USPS Priority Mail mailing box with a Priority Mail Express label measuring approximately 12 1/4" x 2 7/8" x 13 11/16"; weighing approximately 1 pound and 12 ounces; postmarked July 22, 2021; and bearing $50.85 in postage.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Case Number: 21-9167 MB

I, ANTOINE MARTEL, being duly sworn, depose and state as follows:

I am a UNITED STATES POSTAL INSPECTOR and have reason to believe that on the premises known as:

**SUBJECT PARCEL:** One USPS Priority Mail Express box bearing USPS tracking number EJ 845 678 108 US, addressed to "Mario Moreno, 3606 east baseline Rd apt 116, Phoenix az, 85042" with a return address of "Sam Williams, 2895 Stroupe rd clover, SC 29710." It is a white USPS Priority Mail mailing box with a Priority Mail Express label measuring approximately 12 1/4" x 2 7/8" x 13 11/16"; weighing approximately 1 pound and 12 ounces; postmarked July 22, 2021; and bearing $50.85 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED,

in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846. The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF ANTOINE MARTEL, WHICH IS MADE A PART HEREOF.

Authorized by AUSA Peggy Perlmeter
MARGARET PERLMETER
Digitally signed by MARGARET PERLMETER
Date: 2021.07.26 15:36:03 -07'00'
Sworn to me telephonically, and subscribed electronically

7/26/2021 @ 4:00pm
Date

Antoine Martel
Digitally signed by Antoine Martel
Date: 2021.07.26 14:56:34 -07'00'

Signature of Affiant – ANTOINE MARTEL

at Phoenix, Arizona
City and State

HONORABLE EILEEN S. WILLETT
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

*EsWillett*
Signature of Judicial Officer

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, Antoine Martel, being duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been so employed since February 2019. I have completed a 14-week basic training course in Potomac, Maryland, which included training in the investigation of narcotics trafficking via the United States Mail, as well as the 40-hour Advanced Contraband Interdiction and Investigation course. I am currently assigned to the Phoenix Division, specifically to the Contraband Interdiction and Investigations (CI2) team in Arizona, which is responsible for investigating narcotics violations involving the United States Mail. My responsibilities include the detection and prevention of the transportation of controlled substances through the U.S. Mail. Part of my training as a Postal Inspector included narcotics investigative techniques, chemical field-testing, and training in the identification and detection of controlled substances being transported in the U.S. Mail.

2. I have assisted on narcotics investigations of individuals for violations of Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering), and Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance). The facts and information contained in this Affidavit are based on my training and experience, or that of other Postal Inspectors and law enforcement officers involved in this investigation as described below.

3. This Affidavit is made in support of an application for a search warrant for one United States Postal Service (USPS) Priority Mail Express parcel (referred to hereafter as the "**SUBJECT PARCEL**"). Based on a positive alert by a narcotics-detecting canine, I believe the **SUBJECT PARCEL** contains a controlled substance(s) or proceeds from the sale of controlled substances. However, because the purpose of this affidavit is merely to establish probable cause for the issuance of a search warrant, this affidavit does not contain all my knowledge regarding the **SUBJECT PARCEL**.

4. The **SUBJECT PARCEL** is further described as follows:

5. One USPS Priority Mail Express box bearing USPS tracking number EJ 845 678 108 US, addressed to "Mario Moreno, 3606 east baseline Rd apt 116, Phoenix az, 85042" with a return address of "Sam Williams, 2895 Stroupe rd clover, SC 29710." It is a white USPS Priority Mail mailing box with a Priority Mail Express label measuring approximately 12 1/4" x 2 7/8" x 13 11/16"; weighing approximately 1 pound and 12 ounces; postmarked July 22, 2021; and bearing $50.85 in postage.

## BACKGROUND

6. From my training and experience, as well as the training and experience of other Postal Inspectors, I am aware that the USPS mail system is frequently used to transport controlled substances and/or proceeds from the sale of controlled substances to areas throughout the United States. I also know that drug traffickers prefer mail/delivery services such as Priority Mail Express and Priority Mail because of their reliability and the ability to track the article's progress to the intended delivery point.

7.      Based on my training and experience regarding Priority Mail Express operations, I am aware that the Priority Mail Express service was designed primarily to fit the needs of businesses by providing overnight delivery for time-sensitive materials. Moreover, based on my training and experience, I am aware that business mailings often: (a) contain typewritten labels; (b) are addressed to and/or from a business; (c) are contained within flat cardboard mailers; and (c) weigh less than eight ounces. In addition, corporate charge accounts were developed by the United States Postal Service to avoid time-consuming cash payments by businesses for business mailings.

8.      Based on my training and experience, I am aware that the Priority Mail service was created as a less expensive alternative to Priority Mail Express overnight delivery, but designed to provide quicker, more reliable service than standard First Class Mail. Whereas a customer mailing an article via Priority Mail Express expects next-day service, a customer who mails an article via Priority Mail can expect two-to-three-day delivery service. The USPS also provides a tracking service, which allows the customer to track the parcel and confirm delivery though a USPS tracking number.

9.      Based on my training and experience regarding Priority Mail operations, I am aware that the majority of Priority Mail mailings are business mailings. Businesses have found that Priority Mail is a significantly less expensive method of mailing than Priority Mail Express, particularly when next-day service is not a requirement. I also know that, similar to Priority Mail Express, Priority Mail business mailings tend to be smaller, lighter mailings, and on average, weigh less than two pounds. Examples of the typical

types of business mailings conducted via Priority Mail include books, clothing, pharmaceuticals, and consumer goods purchased from online retailers.

10. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of Arizona is a source location for controlled substances based on its close proximity to the border between the United States and Mexico. As such, controlled substances are frequently transported from Arizona via USPS, and proceeds from the sale of controlled substances are frequently returned to Arizona via USPS.

11. Based on my training and experience regarding the use of Priority Mail Express and Priority Mail to transport controlled substances and/or the proceeds from the sale of controlled substances, I am aware these parcels usually contain some or all of the following characteristics:

 a. The parcel contains a label with handwritten address information and is addressed from one individual to another individual;

 b. The handwritten label on the parcel does not contain a business account number, thereby indicating that the sender likely paid cash;

 c. The parcel is heavier than the typical mailing, often weighing more than eight ounces for Priority Mail Express, and two pounds for Priority Mail; and

 d. The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an

4

area known to be a source area for controlled substances; or (b) originated from an area known to be a frequent origination point for proceeds from the sale of controlled substances, having been mailed to an area known to be a destination area for proceeds from the sale of controlled substances

12. Priority Mail Express and Priority Mail parcels found to meet any or all of the characteristics described above are often further scrutinized by Postal Inspectors through address verifications and an examination by a trained narcotics-detecting canine.

## RELEVANT FACTS PERTAINING TO THE SUBJECT PARCEL

13. On July 23, 2021, your Affiant was alerted to a suspicious parcel (the **SUBJECT PARCEL**) sent to an address in Phoenix, Arizona. USPIS investigators investigated the characteristics of the **SUBJECT PARCEL** and believed it warranted further investigation.

14. Upon physical examination of the **SUBJECT PARCEL**, the **SUBJECT PARCEL** met some of the characteristics listed in Paragraph 11 above. Specifically, 1) the **SUBJECT PARCEL** bears handwritten label information addressed from one individual to another individual in the handwriting of two different individuals, 2) the **SUBJECT PARCEL** weighs approximately 1 pounds and 12 ounces, 3) the **SUBJECT PARCEL** originated from an origination point for proceeds from the sale of controlled substances and mailed to an area known to be a destination area for proceeds from the sale of controlled substances, and 4) the postage charge for the **SUBJECT PARCEL** had been paid in cash. Based on my training, experience, and the collective experiences related to me by other Postal Inspectors who specialize in investigations relating to the mailing of

Case 2:21-mb-09167-ESW Document 1 Filed 08/09/21 Page 8 of 11

controlled substances and proceeds from the sale of controlled substances, I am aware the State of Arizona is frequently a source location for controlled substances which are mailed to the State of South Carolina, and proceeds from the sale of controlled substances are frequently returned to Arizona from South Carolina via USPS.

15. A database query was conducted regarding the names and addresses for the **SUBJECT PARCEL** in Consolidated Lead Evaluation and Reporting (CLEAR), a law enforcement database accessible to your Affiant. CLEAR associates addresses and telephone numbers to individuals and business entities. The CLEAR database is created from credit reports, law enforcement reports, utility records, and other public records.

16. Through the CLEAR database query, investigators learned the delivery address for the **SUBJECT PARCEL** is an existing, deliverable address, but the addressee, Mario Moreno, is not associated with the address, 3606 East Baseline Road, Apt 116, Phoenix, AZ 85042. The same database query inquiry revealed that the return address for **SUBJECT PARCEL**, 2895 Stroupe Road, Clover, SC 29710, is an existing, deliverable address, but Sam Williams is not associated to that address. Jimmy Martin and Jackie Martin both associate to the return address. Research revealed Jimmy Martin has an extensive criminal record in South Carolina, including but not limited to, Narcotic and Controlled Substance possession and manufacturing charges. Research also revealed Jackie Martin has an extensive criminal record in South Carolina, including but not limited to, Narcotic and Controlled Substance possession charges.

17. From my training, personal experience, and the collective experiences related to me by other Postal Inspectors who specialize in investigations relating to the mailing of

6

controlled substances, I know it is common for drug traffickers to intentionally leave off the sender's name and/or the return address, use names not associated with an address, utilize fictitious names and addresses, and utilize the names and addresses of unsuspecting individuals to evade detection by law enforcement. For instance, I know that when drug traffickers send proceeds relating to the sale of controlled substances back to the source states, it is common for them to send parcels containing cash to legitimate addresses and even to utilize the appropriate return address, in order to increase the likelihood that the proceeds will be returned to the drug trafficker in the event the parcel is returned to the sender.

## CANINE EXAMINATION OF THE SUBJECT PARCEL

18. On July 23, 2021, Mesa Detective/Canine Handler Dawn Haynes and her narcotic-detecting canine "Nicole" inspected the **SUBJECT PARCEL** in Phoenix, Arizona. Detective Haynes advised that her canine, Nicole, inspected the **SUBJECT PARCEL** after it was separated from other parcels and that Nicole gave a positive alert to the **SUBJECT PARCEL** at approximately 9:04 a.m. by lying down next to the individual parcel.

19. Detective Haynes described that, when Nicole lays down next to an item as she did, Nicole is exhibiting a "passive" alert that she has been trained to give. Detective Haynes stated that Nicole's "passive" alert indicates the presence within the **SUBJECT PARCEL** of a controlled substance, or currency, notes, documents, or evidence bearing the presence of the odors of heroin, cocaine, marijuana, and/or methamphetamine.

20. Detective Haynes advised that she is a Mesa Police Department Detective currently assigned to the handling and care of Mesa Police Department canine, Nicole. Detective Haynes has been a police officer with the Mesa Police Department for 19 years. Nicole is a four-year-old Belgian Malinois, who has been working drugs/narcotics detection for the Mesa Police Department since February 2020. Nicole and Detective Haynes currently hold a National Certification in drugs/narcotics detection by the National Police Canine Association (NPCA). Nicole was most recently NPCA certified on March 3, 2021 and is currently certified for one calendar year. Detective Haynes' certifications also include the completion of a canine certification course put on at the Alpha Canine Training Facility. Nicole is trained to detect the odors of cocaine, marijuana, heroin, methamphetamine, and their derivatives.

## CONCLUSION

21. Based on these facts, there is probable cause to believe that the **SUBJECT PARCEL** described in Paragraph 4 above contains controlled substances or proceeds from the sale of controlled substances, constituting evidence of violations of Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering), and Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance); 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance); and 846 (Conspiracy to Distribute a Controlled Substance).

//

22. This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose.

Antoine Martel
Digitally signed by Antoine Martel
Date: 2021.07.26 14:56:49 -07'00'

ANTOINE MARTEL
United States Postal Inspector

Subscribed to electronically and sworn to telephonically on this 26 day of July, 2021.

EsWillett

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge

9